# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| **Jorge Rojas, individually and on behalf of all others similarly situated** ) ) ) ) *Plaintiff* ) ) v. ) Civil Action No. 1:25-cv-01056 ) ) ) **Clear Credit AI, LLC** ) ) *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Melissa Hopkins, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Clear Credit AI, LLC in King County, WA on February 26, 2025 at 10:03 am at 8732 140th Ave SE, Newcastle, WA 98059 by leaving the following documents with Adeel manzoor who as Registered agent is authorized by appointment or by law to receive service of process for Clear Credit AI, LLC.

Summons in a Civil Case, Class Action Complaint

Middle Eastern Male, est. age 45-54, glasses: N, Black hair, 160 lbs to 180 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=47.5236322272,-122.1543332148
Photograph: See Exhibit 1


Total Cost: $170.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in King County, WA on 2/28/2025.

/s/ *Melissa Hopkins*
Signature
Melissa Hopkins
+1 (425) 221-5594



Exhibit 1a)