# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Jorge Rojas

                Plaintiff,

v.                                        Case No.: 1:25−cv−01056

                                                Honorable John J. Tharp Jr.

Clear Credit AI, LLC

                Defendant.


## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE


      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Keri L. Holleb Hotaling for the purpose of holding proceedings related to: discovery scheduling and supervision as well as any settlement conference the parties may jointly seek. All protective orders and confidentiality orders.(air, )Mailed notice.


Dated: April 3, 2025

                                                                          /s/ John J. Tharp Jr.

                                                                    United States District Judge