# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Jorge Rojas

                              Plaintiff,

v.                                                      Case No.: 1:25−cv−01056
                                                          Honorable John J. Tharp Jr.

Clear Credit AI, LLC

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 4, 2025:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: This matter has been referred to Judge Holleb Hotaling for discovery management and settlement. The District Court has already set the following deadlines, which this Court adopts: Parties shall issue written discovery by: April 2, 2025; Fed. R. Civ. P. 26(a)(1) Disclosures will be exchanged by: April 14, 2025; Responses to written discovery due: May 2, 2025; All fact discovery shall be completed by: October 29, 2025. The Court does not expect to extend this firm fact discovery deadline and in no case will do so without written motion detailing exceptionally good cause. It is not the Court's practice to subdivide discovery; the Court trusts the parties to manage their discovery obligations accordingly to meet their fact discovery deadline. The Court will not set an expert discovery schedule until it is clear the fact discovery deadline will be met. The parties are reminded to promptly bring any discovery motions before the Court, including motions to enforce subpoenas or motions for protective orders. The parties report they have not yet engaged in any settlement discussions. Towards that end, the parties are to review Judge Holleb Hotaling's Standing Order on Settlement Conferences, and the parties' next status report is to detail when Plaintiff would be ready to make a settlement demand on Defendant. The parties are to file an updated joint status report on 5/12/2025.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.