IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JORGE ROJAS, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CLEAR CREDIT AI, LLC<br><br>    Defendant. | Case No.: 25-CV-01056 |

## PARTIES' SETTLEMENT STATUS REPORT

Pursuant to this Court's April 4, 2025 order, the Parties provide the following status report, after having reviewed Judge Holleb Hotaling's Standing Order on Settlement Conferences:

Plaintiff's Statement:

Discovery in this matter has revealed that another entity, Clear Lead Solutions Corporation, subscribed to one of the telephone numbers at issue. Moreover, Clear Credit AI, LLC's, the current Defendant's owner, Sajeel Manzoor, is also involved in Clear Lead Solutions Corporation, as well. Plaintiff intends to file a motion for leave to amend the Complaint to add in these entities, as well as possibly dismiss the current Defendant, Clear Credit AI, LLC, depending on the responses of some outstanding third-party discovery, responses to which are expected and due May 12, 2025.

As such, the Plaintiff respectfully requests an additional two months to set the conference call for the purposes of scheduling the settlement conference, to permit these additional parties to

appear and ascertain their defenses to the Plaintiff's claims. Given that the status of the parties and their precise involvement is unclear, the Plaintiff is unable to submit a demand letter to opposing counsel or the Court at this time. The Plaintiff should be prepared to send such a letter shortly after the Complaint is amended and the additional parties file their responsive pleadings. Moreover, as this matter is proceeding as a putative class action, the Plaintiff will require, and is in the process of obtaining, calling records tending to indicate the number of calls placed to class members, and accordingly the size of the proposed class.

Moreover, with the understanding that the posture of how this class will proceed with respect to new entities, the Plaintiff states that he is willing to attend either an in-person or hybrid settlement conference. Counsel for Plaintiff has provided a copy of Judge Holleb Hotaling's Standing Order on his client and discussed the same.

Defendant's Statement:

Since first being served with a copy of the Complaint, Defendant has steadfastly asserted that it is not a proper Defendant. As Plaintiff concedes, discovery in this matter has revealed that another entity, Clear Lead Solutions Corporation, is the subscriber to the telephone number at issue in this case. Plaintiff even admits above that it may dismiss Defendant. On May 1, 2025, Defendant served a second Rule 11 Letter on Plaintiff and Defendant believes that this case should be dismissed in its entirety.

RESPECTFULLY SUBMITTED AND DATED this May 12, 2025

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
N.D. Ill. Gen. Bar #333687
Perrong Law LLC
2657 Mount Carmel Avenue

Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com
*Attorney for Plaintiff*

RESPECTFULLY SUBMITTED AND DATED this May 12, 2025

*/s/ Christine R. Walsh*
Counsel for Defendant
Buchalter, PC
180 N. LaSalle Ste. 3300
Chicago, IL 60601
cwalsh@buchalter.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2025, a copy of the foregoing was filed electronically on CM/ECF.

Dated: May 12, 2025

*/s/ Andrew Roman Perrong*

Andrew Roman Perrong, Esq.