## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Jorge Rojas
                               Plaintiff,

v.                                                        Case No.: 1:25−cv−01056
                                                           Honorable John J. Tharp Jr.

Clear Credit AI, LLC
                               Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 13, 2025:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: The parties' recent "settlement status report" [Dkt. 12] indicates that, through discovery, Plaintiff has discovered "another entity, Clear Lead Solutions Corporation, subscribed to one of the telephone numbers at issue" and Plaintiff expects to pursue amending the complaint to add other Defendants and perhaps dismiss the current Defendant, Clear Credit AI, LLC. Accordingly, Plaintiff is not yet able to issue a settlement demand. The firm 10/29/2025 fact discovery deadline [Dkt. 11] stands. On 7/11/2025, the parties shall file a joint status report on discovery; in addition to a discovery update, Plaintiff shall indicate when he will be ready to issue a settlement demand to Defendant(s). (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.