# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JORGE ROJAS,** on behalf of himself and all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> **CLEAR CREDIT AI, LLC** <br><br> *Defendant*. | Civil Case No.: 25-CV-01056 |

## NOTICE OF WITHDRAWAL OF MOTION TO AMEND COMPLAINT

Plaintiff, Jorge Rojas, by and through the undersigned counsel, provides notice that he is respectfully withdrawing his motion to amend the complaint. Plaintiff intends to file a new motion and proposed amended complaint, incorporating new evidence, by the end of the week.

Date: June 8, 2025

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
*Perrong Law LLC*
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

/s/ Anthony Paronich
Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100

*Attorneys for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

We certify that we filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

Dated: June 8, 2025

                                                   */s/ Andrew Roman Perrong*
                                                   Andrew Roman Perrong, Esq.
                                                   *Perrong Law LLC*
                                                   2657 Mount Carmel Avenue
                                                   Glenside, Pennsylvania 19038
                                                   Phone: 215-225-5529 (CALL-LAW)
                                                   Facsimile: 888-329-0305
                                                   a@perronglaw.com

                                                   */s/ Anthony Paronich*
                                                   Anthony Paronich
                                                   Email:  anthony@paronichlaw.com
                                                   PARONICH LAW, P.C.
                                                   350 Lincoln Street, Suite 2400
                                                   Hingham, MA 02043
                                                   Telephone:  (617) 485-0018
                                                   Facsimile:  (508) 318-8100
                            *Attorneys for Plaintiff and the Proposed Class*