UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JORGE ROJAS,** on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br>v.<br><br>**CLEAR CREDIT AI, LLC**<br><br>*Defendant*. | Civil Case No.: 25-CV-01056 |

**[PROPOSED ORDER GRANTING] MOTION
 FOR LEAVE TO FILE AMENDED COMPLAINT**

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the Plaintiff's Motion is GRANTED. Plaintiff shall file the proposed Amended Complaint and proposed summonses as the operative complaint in this matter within five days. The Clerk is directed to issue the new summonses, which the Plaintiff is directed to serve within ninety days.

*BY THE COURT:*

_____
J.