IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JORGE ROJAS, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CLEAR CREDIT AI, LLC <br> Et al. <br><br> Defendants. | Case No.: 25-CV-01056 |

**PARTIES' SETTLEMENT STATUS REPORT**

Pursuant to this Court's May 13, 2025 order, the Parties provide the following status report:

Plaintiff's Statement:

On June 30, 2025, the Plaintiff filed his Amended Complaint against current Defendant Clear Credit AI, LLC, additional defendant Clear Lead Solutions Corp., and additional individual Defendants Sajeel Manzoor and Sajjad Haider. Plaintiff is currently in the process of serving the additional Defendants. Once those Defendants appear in the litigation, and their exact involvement in the calls at issue is ascertained, the Plaintiff will be able to make a settlement demand.

Moreover, discovery in this matter has, up to this point, been focused on identifying the additional parties involved, and has been successful in that goal. However, without those parties having yet appeared, the Plaintiff is not in a position to serve discovery on those entities to ascertain their involvement in the calling conduct at issue. The Plaintiff requires additional time

to serve, identify, and propound discovery on these parties. However, Plaintiff anticipates that discovery should currently be completed by the October 29 fact discovery deadline, but will advise the Court if additional time is necessary in advance of the expiration of the same. Because the Plaintiff has yet to conduct additional discovery, the Plaintiff will need at least another month or two to ascertain the scope and involvement of the individuals involved to be ready to issue a settlement demand to the Defendants.

Defendant Clear Credit AI, LLC's Statement:

Since first being served with a copy of the original Complaint, Defendant Clear Credit AI, LLC has steadfastly asserted that it is not a proper Defendant. Defendant Clear Credit AI, LLC has also steadfastly asserted that it has not engaged in any activity that is prohibited by the Telephone Consumer Protection Act 47 USC § 227. The Plaintiff's Amended Complaint does not contain any specific factual allegations of Clear Credit AI, LLC's actions that would be in volition of the Telephone Consumer Protection Act 47 USC § 227. In a previous filing, Plaintiff indicated that it was seeking leave to "possibly dismiss the current Defendant, Clear Credit AI, LLC, depending on the responses of some outstanding third-party discovery." ECF # 12. Despite this statement, Plaintiff included Clear Credit AI, LLC in its newly filed Amended Complaint. Defendant Clear Credit AI, LLC will file its answer or otherwise plead to the Amended Complaint on or before July 21, 2025, in accordance with Rule 12. Defendant Clear Credit AI, LLC expects to serve discovery within 21 days after filing its answer or other responsive pleading.

RESPECTFULLY SUBMITTED AND DATED this July 11, 2025

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
N.D. Ill. Gen. Bar #333687
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com
*Attorney for Plaintiff*

RESPECTFULLY SUBMITTED AND DATED this July 11, 2025

/s/ Christine R. Walsh
Counsel for Defendant
Buchalter, PC
180 N. LaSalle Ste. 3300
Chicago, IL 60601
cwalsh@buchalter.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2025, a copy of the foregoing was filed electronically on CM/ECF.

Dated: July 11, 2025

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.