# AFFIDAVIT OF SERVICE

| Case:<br>25-CV-01056 | Court:<br>United States District Court for the Northern District of Illinois | County: | Job:<br>13706238 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>JORGE ROJAS | | Defendant / Respondent:<br>CLEAR LEAD SOLUTIONS CORP, CLEAR CREDIT AI, LLC, SAJEEL MANZOOR, AND SAJJAD HAIDER | |
| Received by:<br>Delaware Detective Group, LLC | | For:<br>Paronich Law PC | |
| To be served upon:<br>CLEAR LEAD SOLUTIONS CORP | | | |

I, Stephen Kempski, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Amy Sallers, Branch: 1203 College Park Drive Suite 105, Dover, DE 19904
**Manner of Service:** Registered Agent, Jul 15, 2025, 11:10 am EDT
**Documents:** Summons in a Civil Action, First Amended Class Action Complaint, Jury Demand, Prayer for Relief, First Cause of Action

**Additional Comments:**
1) Unsuccessful Attempt: Jul 11, 2025, 1:58 pm EDT at Corporate: 1221 College Park Drive Suite 116, Dover, DE 19904
The doors were locked and a note posted on the door stating to email Service of Process documents to sop@legalcorpsolutions.com or call 888-534-3018. I called 888-534-3018 but I was unable to reach a representative.

2) Successful Attempt: Jul 15, 2025, 11:10 am EDT at Branch: 1203 College Park Drive Suite 105, Dover, DE 19904 received by Amy Sallers. Age: 50's; Ethnicity: Caucasian; Gender: Female; Weight: 200; Height: 5'6"; Hair: Blond; Relationship: Landlord;

_Signature_ 7/15/25
Stephen Kempski    Date

Delaware Detective Group, LLC
364 E. Main Street Suite 309
Middletown, DE 19709
302-373-3678