# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Jorge Rojas v. Clear Credit AI, LLC, Clear Lead Solutions Cor., Sajeel Manzoor and Sajjad Haider

Case Number: 25-cv-1056

An appearance is hereby filed by the undersigned as attorney for:

Defendant, Clear Lead Solutions Corp.

Attorney name (type or print): Rachael Blackburn

Firm: Aronberg Goldgehn Davis & Garmisa

Street address: 225 W. Washington St., Suite 2800

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6277142
(See item 3 in instructions)

Telephone Number: 312-755-3165

Email Address: rblackburn@agdglaw.com

Are you acting as lead counsel in this case? ☐ Yes ✔ No

Are you acting as local counsel in this case? ☐ Yes ✔ No

Are you a member of the court's trial bar? ☐ Yes ✔ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ✔ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 5, 2025

Attorney signature: S/ Rachael Blackburn

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015