IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JORGE ROJAS, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:25-cv-1056 |
| v. | ) ) ) | Hon. John J. Tharp |
| | ) | Magistrate Judge Keri L. Hotaling |
| CLEAR CREDIT AI, LLC, CLEAR LEAD SOLUTIONS CORP., SAJEEL MANZOOR and SAJJAD HAIDER, | ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANT CLEAR LEAD SOLUTIONS CORP.'S AGREED MOTION FOR ADDITIONAL TIME WITHIN WHICH TO ANSWER OR OTHERWISE PLEAD**

Defendant Clear Lead Solutions Corp. ("Clear Lead"), by its undersigned attorneys, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby moves for an additional thirty (30) days, to September 5, 2025, to answer or otherwise plead in response to the First Amended Complaint in this matter. Clear Lead has conferred with counsel for Plaintiff who consents to this relief. In further support, Clear Lead states as follows:

1. The complaint in this case was filed January 30, 2025, but Clear Lead was not named as a party.

2. On June 30, 2025, the First Amended Complaint was filed, adding Clear Lead to the case. Dkt. 18. The complaint purports to state a claim for a nationwide class action.

3. Clear Lead was served on July 15, 2025. Dkt. 23. Its response to the complaint is currently due August 5, 2025.

4. The undersigned has been retained by Clear Lead and has begun an investigation into the allegations of the complaint. The undersigned has also been retained by Defendant Sajeel

Manzoor, who was also added to the case in the First Amended Complaint. Mr. Manzoor has not been served but has authorized the undersigned to waive service, effective August 5, 2025.

5. On August 5, 2025, the undersigned emailed with Plaintiff's counsel to convey Mr. Manzoor's agreement waive service and further to suggest an agreed deadline of September 5, 2025, for both Clear Lead and Mr. Manzoor (who would otherwise be entitled to 60 days to respond upon his waiver of service). The point of this extension is not delay but to permit counsel to complete its investigation of the allegations and to prepare a response. Plaintiff's counsel agreed to this relief.

**WHEREFORE**, Clear Lead hereby moves for an order granting it an additional thirty (30) days, to September 5, 2025, to answer or otherwise plead.

        Respectfully submitted,

        **CLEAR LEAD SOLUTIONS CORP.,**

        By:    s/ Robert M. Andalman
                One of their Attorneys

Robert M. Andalman (Atty. No. 6209454)
Rachael Blackburn (Atty. No. 6277142)
Khoa D. Trinh (Atty. No. 6351044)
ARONBERG GOLDGEHN DAVIS & GARMISA
225 West Washington St., 28th Floor
Chicago, IL 60606
Tel.: (312) 755-3161
randalman@agdglaw.com
rblackburn@agdglaw.com
ktrinh@agdglaw.com

## CERTIFICATE OF SERVICE

I, Robert M. Andalman, an attorney, hereby certify that the foregoing ***DEFENDANT CLEAR LEAD SOLUTIONS CORP.'s MOTION FOR ADDITIONAL TIME WITHIN WHICH TO ANSWER OR OTHERWISE PLEAD*** was electronically filed on August 5, 2025, and will be served by ECF on counsel of record.

/s/ Robert M. Andalman