**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Jorge Rojas
                                          Plaintiff,

v.                                                                Case No.: 1:25−cv−01056
                                                                                Honorable John J. Tharp Jr.

Clear Credit AI, LLC, et al.
                                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 6, 2025:

      MINUTE entry before the Honorable John J. Tharp, Jr:The defendant Clear Lead's agreed motion for an extension of time to answer or otherwise respond to the plaintiff's complaint [28] is granted. Defendant Clear Lead and defendant Sajeel Manzoor's deadline to answer or otherwise respond is now 9/5/2025. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.