IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JORGE ROJAS, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CLEAR CREDIT AI, LLC<br>Et al.<br><br>    Defendants. | Case No.: 25-CV-01056 |

## PLAINTIFF'S SETTLEMENT STATUS REPORT

Pursuant to this Court's May 13, 2025 order, the Plaintiff provide the following status report. Defendants' positions could not be seasonably obtained.:

Plaintiff's Statement:

On June 30, 2025, the Plaintiff filed his Amended Complaint against current Defendant Clear Credit AI, LLC, additional defendant Clear Lead Solutions Corp., and additional individual Defendants Sajeel Manzoor and Sajjad Haider. Defendnats Clear Lead and Manzoor have appeared through counsel and requested an extension, which was granted. Once those Defendants file an answer, and their exact involvement in the calls at issue is ascertained, the Plaintiff will be able to make a settlement demand.

As these additional defendants recently appeared, the Plaintiff will imminently serve discovery on those entities to ascertain their involvement in the calling conduct at issue. The Plaintiff requires additional time to serve, identify, and propound discovery on these parties. However, Plaintiff anticipates that discovery should currently be completed by the October 29

fact discovery deadline, but will advise the Court if additional time is necessary in advance of the expiration of the same. Because the Plaintiff has yet propound the discovery or receive responses, the Plaintiff will need at least another month or two to ascertain the scope and involvement of the individuals involved to be ready to issue a settlement demand to the Defendants.

RESPECTFULLY SUBMITTED AND DATED this August 8, 2025

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
N.D. Ill. Gen. Bar #333687
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2025, a copy of the foregoing was filed electronically on CM/ECF.

Dated: August 8, 2025

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.