UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Jorge Rojas
                           Plaintiff,

v.                                                       Case No.: 1:25−cv−01056
                                                                 Honorable John J. Tharp Jr.

Clear Credit AI, LLC, et al.
                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 12, 2025:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: Dkt. 32 is amended as follows: The Court is in receipt of Plaintiff's joint status report [Dkt. 30] and Defendant Clear Lead and Manzoor's separate status report [Dkt. 31]. The parties are to file an updated JOINT status report on 9/10/2025 and are to contact each other to draft the same prior to its due date. The 9/10/2025 joint status report shall detail all parties' positions on a settlement conference at this time, as Judge Holleb Hotaling will not hold a settlement conference where fewer than all parties want to participate. The parties should keep in mind that Judge Holleb Hotaling's schedule typically is booked 2−3 months out from present with regards to settlement conferences, so the parties should notify Judge Holleb Hotaling's chambers as soon as possible once they realize they want a settlement conference; they do not need to wait for the next status report date. The firm fact discovery deadline remains set for 9/11/2025. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.