# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JORGE ROJAS, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 1:25-cv-1056 |
| v. ) ) ) | Hon. John J. Tharp |
| ) | Magistrate Judge Keri L. Hotaling |
| CLEAR CREDIT AI, LLC, CLEAR LEAD SOLUTIONS CORP., SAJEEL MANZOOR and SAJJAD HAIDER, ) ) ) ) ) ) | |
| Defendants. ) | |

## DEFENDANTS CLEAR LEAD SOLUTIONS CORP. AND SAJEEL MANZOOR'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

Clear Lead Solutions Corp. ("Clear Lead") and Sajeel Manzoor ("Manzoor"), by their undersigned counsel, and pursuant to Fed. R. Civ. P. 12(b)(6), move to dismiss the First Amended Complaint in this matter as to each of them. This action involves a phone call that Plaintiff alleges was made in violation of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227; however, neither Clear Lead nor Manzoor is alleged to have made this call or to have done anything to cause it to be made. As such, the First Amended Complaint fails to state a claim against them. The bases for this motion are further set forth in the accompany Memorandum of Support.

**WHEREFORE**, Clear Lead and Manzoor ask that the First Amended Complaint be dismissed as to each of them and with prejudice.

Date: September 5, 2025

Respectfully submitted,

**CLEAR LEAD SOLUTIONS CORP. and SAJEEL MANZOOR,**

By:    s/ Robert M. Andalman
        One of their Attorneys

Robert M. Andalman (Atty. No. 6209454)
Rachael Blackburn (Atty. No. 6277142)
Khoa D. Trinh (Atty. No. 6351044)
ARONBERG GOLDGEHN DAVIS & GARMISA
225 West Washington St., 28th Floor
Chicago, IL 60606
Tel.: (312) 755-3161
randalman@agdglaw.com
rblackburn@agdglaw.com
ktrinh@agdglaw.com

## **CERTIFICATE OF SERVICE**

I, Robert M. Andalman, an attorney, hereby certify that the foregoing ***DEFENDANTS CLEAR LEAD SOLUTIONS CORP. AND SAJEEL MANZOOR'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT*** was electronically filed on September 5, 2025, and will be served by ECF on counsel of record.

/s/ Robert M. Andalman