# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JORGE ROJAS, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 1:25-cv-1056 |
| v. ) ) ) | Hon. John J. Tharp |
| ) | Magistrate Judge Keri L. Hotaling |
| CLEAR CREDIT AI, LLC, CLEAR LEAD SOLUTIONS CORP., SAJEEL MANZOOR and SAJJAD HAIDER, ) ) ) ) ) | |
| Defendants. ) | |

## DEFENDANT CLEAR CREDIT AI, LLC'S MOTION TO SUBSTITUTE COUNSEL

Defendant Clear Credit AI, LLC ("Clear Credit"), pursuant to L.R. 83.17, hereby moves to substitute its counsel in this case. Clear Credit's current counsel, Thomas P. Yardley and Christine Rhae Walsh, of the Buchalter firm, seek leave to withdraw their appearances in this matter, and new counsel, Robert M. Andalman, Rachael Cecilia Brennan Blackburn, and Khoa D. Trinh, of the Aronberg Goldgehn Davis & Garmisa firm, seek leave to file appearances for Clear Credit. This substitution will not delay this matter, particularly as new counsel are already involved in the case on behalf of co-defendants Sajeel Manzoor and Clear Lead Solutions Corp.

**WHEREFORE,** Clear Credit respectfully requests that Mr. Yardley and Ms. Walsh be granted leave to withdraw and that Mr. Andalman, Ms. Blackburn, and Mr. Trinh be granted leave to appear on behalf of Clear Credit.

Respectfully submitted,

**CLEAR CREDIT AI, LLC,**

By:   s/ Thomas P. Yardley
       One of its Attorneys

93651148

Thomas P. Yardley (ARDC 6208239)

Christine Rhae Walsh (ARDC 6319177)
Buchalter, a Professional Corporation
180 N. LaSalle Stret, Suite 3300
Chicago, Illinois 60601
312-980-5760
tyardley@buchalter.com
cwalsh@buchalter.com
docket@buchalter.com

93651148

## CERTIFICATE OF SERVICE

I, Thomas P. Yardley, an attorney, hereby certify that the foregoing **DEFENDANT CLEAR CREDIT AI, LLC's MOTION TO SUBSTITUTE COUNSEL** was electronically filed on September 10, 2025, and will be served by ECF on counsel of record.

/s/ Thomas P. Yardley