IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JORGE ROJAS, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CLEAR CREDIT AI, LLC <br> Et al. <br><br> Defendants. | Case No.: 25-CV-01056 |

**PARTIES' SETTLEMENT STATUS REPORT**

Pursuant to this Court's August 12, 2025 order, the Parties provide the following status report.

Plaintiff's Statement:

On June 30, 2025, the Plaintiff filed his Amended Complaint against current Defendant Clear Credit AI, LLC, additional defendant Clear Lead Solutions Corp., and additional individual Defendants Sajeel Manzoor and Sajjad Haider. Defendants Clear Lead and Manzoor have appeared through counsel and requested an extension, which was granted. Defendants have filed a motion to dismiss. Plaintiff intends to oppose the motion and is awaiting responses to his first set of discovery propounded on the new Defendants. Given the pendency of the motion to dismiss, as well as the outstanding discovery and extensions provided to date, the Plaintiff intends to move for an extension of time of three months from the October 29 discovery deadline to complete discovery. The Plaintiff provided extensions to the new Defendants as a professional courtesy, but has been diligently prosecuting this case, including by promptly serving discovery

on the new Defendants to ascertain the scope and nature of their involvement. Accordingly, once that discovery has been received, the Plaintiff will be prepared to proceed to mediation. However, with the pendency of the motion to dismiss and outstanding discovery, the Plaintiff believes that an extension of the deadlines in this matter will be productive, particularly in light of the advance notice for a settlement conference required by the Magistrate Judge.

Defendants Clear Lead and Manzoor's Statement:

Defendants Clear Lead and Manzoor are open to a settlement discussion to avoid the cost of litigation but do not believe that a court-supervised mediation would be productive at this time. Their investigation shows that Plaintiff is a serial filer who has filed at least **_78_** TCPA cases in this District alone. The First Amended Complaint alleges no conduct by either of these defendants, as explained in their pending motion to dismiss. Neither of these defendants have been required to answer and there has been no Rule 26 conference for either of them. *See* Fed. R. Civ. P. 26(d)(1) ("A party may not seek discovery from any source before the parties have conferred as required by Rule 26(f) …."). While Plaintiff did nonetheless serve discovery, for which responses will be served, Clear Lead and Manzoor contend that, in this circumstance, a stay of discovery would otherwise be appropriate as to each of them until the District Court has an opportunity to rule on their motion to dismiss, which will be fully briefed on October 10, 2025. Finally, to be clear, while it is true that Plaintiff agreed to a 30-day extension to respond for Clear Lead, that was in exchange for an agreement by Manzoor to waive service and answer within 30 days rather than the 60 days provided in the Rules following such waiver.

Clear Credit AI Statement:

Clear Credit AI is in the process of changing counsel from the Buchalter firm to Aronberg Goldgehn Davis & Garmisa. It supports the position of Clear Lead and Manzoor articulated above.

RESPECTFULLY SUBMITTED AND DATED this September 10, 2025

**JORGE ROJAS**

By: */s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
N.D. Ill. Gen. Bar #333687
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com
*Attorney for Plaintiff*

**CLEAR LEAD SOLUTIONS CORP. and**

**SAJEEL MANZOOR**

By: s/ Robert M. Andalman
One of their Attorneys

Robert M. Andalman (Atty. No. 6209454)
Rachael Blackburn (Atty. No. 6277142)
Khoa D. Trinh (Atty. No. 6351044)
Aronberg Goldgehn Davis & Garmisa
225 West Washington St., 28th Floor
Chicago, IL 60606
Tel.: (312) 755-3161

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 10, 2025, a copy of the foregoing was filed electronically on CM/ECF.

Dated: September 10, 2025

                                            */s/ Andrew Roman Perrong*

                                            Andrew Roman Perrong, Esq.