## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Jorge Rojas
                                     Plaintiff,

v.                                                      Case No.: 1:25−cv−01056
                                                              Honorable John J. Tharp Jr.

Clear Credit AI, LLC, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 11, 2025:

      MINUTE entry before the Honorable John J. Tharp, Jr:Defendant Clear Credit's motion to substitute counsel [40] is granted. Current counsel is granted leave to withdraw their appearances, and the new counsel is granted leave to file appearances for Clear Credit. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.