# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Jorge Rojas

                Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No.: 1:25−cv−01056
　　　　　　　　　　　　　　　　　　　　Honorable John J. Tharp Jr.

Clear Credit AI, LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 11, 2025:

    MINUTE entry before the Honorable Keri L. Holleb Hotaling. In light of the parties' joint status report [Dkt. 41], the Court hereby sets a telephonic status hearing on 10/2/2025 at 3:00 p.m. to discuss whether a stay of discovery is appropriate in light of the pending motion to dismiss. The call in information is 855−244−8681, and the participant access code is 2315 0911 461#. Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.