**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Jorge Rojas
                      Plaintiff,

v.                                             Case No.: 1:25−cv−01056
                                                                       Honorable John J. Tharp Jr.

Clear Credit AI, LLC, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 24, 2025:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: On the Court's own motion, the telephonic status hearing set for 10/2/2025 is reset to begin at 10:30 a.m. PLEASE NOTE, TIME CHANGE ONLY. The call in information is 855−244−8681, and the participant access code is 2315 0911 461#.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.