AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Illinois

| | |
|---|---|
| JORGE ROJAS | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:25-cv-1056 |
| CLEAR CREDIT AI, LLC | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Sipphony, LLC d/b/a Magnify Telecom

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Documents referencing customer identifying information for the DID: 719-410-3027 for March 2023 to present. Responsive documents should include the entity's name, physical addresses, e-mail addresses, and telephone numbers, and time frame each entity was assigned the number.

| Place: DIRECTLY TO THE UNDERSIGNED COUNSEL ELECTRONICALLY | Date and Time:<br><br>04/18/2025 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 04/14/2025

*CLERK OF COURT*

OR

| | |
|---|---|
| _____ | /S/ ANDREW ROMAN PERRONG |
| *Signature of Clerk or Deputy Clerk* | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Jorge Rojas is Perrong Law LLC, Andrew Roman Perrong, 2657 Mount Carmel Ave. , who issues or requests this subpoena, are: Glenside, PA 19038, a@perronglaw.com, 215-225-5529

## Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:25-cv-1056

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❒ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❒ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
 **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
 **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
  **(i)** is a party or a party's officer; or
  **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
 **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
 **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
 **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
 **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
  **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
  **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
 **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
  **(i)** fails to allow a reasonable time to comply;
  **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
  **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
  **(iv)** subjects a person to undue burden.
 **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
  **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

 **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
 **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
  **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
  **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
 **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
 **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
 **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
 **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
 **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
  **(i)** expressly make the claim; and
  **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
 **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

                                          **Andrew Perrong <a@perronglaw.com>**

---

## Subpoena for Subscriber Information - Rojas v. Clear Credit

**Brian Thompson** <brian@magnifytelecom.com>                    Wed, Apr 23, 2025 at 12:35 PM
To: "a@perronglaw.com" <a@perronglaw.com>

Hello,

The customer associated with the provided phone number is:

Clear Lead Solutions Group
Email: sajjad@clearsolution.ai

I have attached a KYC document we have on file for this account. If you have any questions, please feel free to contact me directly.

Brian Thompson  |  Sipphony

---

**From:** Brittany Reed <brittany@sipphony.com>
**Sent:** Monday, April 14, 2025 1:33 PM
**To:** Brian Thompson <brian@magnifytelecom.com>
**Subject:** Fw: Subpoena for Subscriber Information - Rojas v. Clear Credit

---

**From:** Andrew Perrong <a@perronglaw.com>
**Sent:** Monday, April 14, 2025 1:32 PM
**To:** Brittany Reed <brittany@sipphony.com>; Jonathan Walker <jonathan@sipphony.com>; Anthony Paronich <anthony@paronichlaw.com>
**Subject:** Subpoena for Subscriber Information - Rojas v. Clear Credit

[Quoted text hidden]

---

 **JDI_Agreement_Forms_Sajjard-signed (1).pdf**
522K

# Know Your Customer Form
*Please complete this form in its entirety*

| BUSINESS INFORMATION | |
|---|---|
| **Customer's Legal Name** | Clear Lead Solutions Corp |

**Please provide a list of all corporate, business, trade, and fictitious names (DBAs), aliases, and websites through which this entity has transacted business in the last three (3) years.** none

| **Entity Type** | ✔ **Corp.** ☐ **Individual** ☐ **Partnership** ☐ **LLC** ☐ **Other:** |
|---|---|
| **EIN/Federal Tax ID** | 99-3977453 |

| **Business Description**<br>*(Including the type of campaign(s) you will use JDI and its affiliated voice service provider, Sipphony, LLC (collectively "Our") services for, including how you receive phone numbers of the people you call with Our services)* | Lead Gen Company |
|---|---|

| **Address** *(Headquarters or Main Location)* | **Address 1:** 1221 College Park Dr Suite | **Address 2:** NONE | |
|---|---|---|---|
| | **City:** Dover | **State:** DE | **Zip:** 19904 |

| **Billing Address**<br>☐ *Check if same as above* | **Address 1:** 1221 College Park Dr | **Address 2:** NONE | |
|---|---|---|---|
| | **City:** DOVER | **State:** de | **Zip:** 19904 |

| **Main Entity Email Address:**<br>SAJJAD@CLEARSOLUTION.AI | **If Main Entity Email Address ends in @gmail, @hotmail, @outlook, etc, explain why a private professional/entity email address is not used:** |
|---|---|
| **Website URL:**<br>Clearsolution.ai | NA |

| **Main Telephone No:** 5096452121 | **Fax Number:** NA |
|---|---|

| **Current State of Or Country of Incorporation/Organization:**<br>*** *Please attach a pdf or screenshot of the state or country of incorporation page showing the entity's full legal name and active/good standing status, or for individuals, a copy of your driver's license* | **Year Incorporated:** 2024 | **Years In Business:** 1 |
|---|---|---|

| **The state(s) where the fictitious names (DBAs) listed above are/were registered and year(s) they were registered:**<br>Delaware | **Business License or Registration Number and Government Entity that Administered Such License or Registration:**<br>4031935 |
|---|---|

| **Legal Compliance Contact** (i.e. responsible for compliance with the state and federal telemarketing laws) | **Name:** Sajjad Haider | |
|---|---|---|
| | **Phone:** 5096452121 | **Email:** Sajjad@clearsolution.ai |
| **Main Customer Contact** | **Name:** Same | |
| | **Phone:** same | **Email:** same |
| **Billing (AP Contact)** | **Name:** same | |
| | **Phone:** same | **Email:** same |

*JDI, Sipphony – Confidential*

| CUSTOMER QUESTIONNAIRE |
|---|

Has this entity, or any person with a controlling interest in it, received a Civil Investigative Demand, or had voice or messaging service suspended or discontinued to it due to an alleged violation of law or that provider's terms of service, court order, injunction or temporary restraining order?

☑ NO ☐ YES

Please indicate whether you or calls that you dialed have been the subject of:

(1) any formal written request from a government agency, subpoena, civil investigative demand, or other complaint
(2) or any lawsuit filed by the Federal Trade Commission, or any other law enforcement action by any other state or federal agency

☑ NO ☐ YES

If YES: Please explain the circumstances surrounding the investigation or lawsuit and the manner in which it was resolved:

no lawsuit

Are the calls you make with our services a "telephone solicitation," which are calls or messages that encourage the called party's purchase or rental of, or investment in, property, goods, or services? ☑ NO ☐ YES

If Yes:

(1) Do you scrub your calling list(s) to exclude numbers on the National Do-Not-Call Registry? ☐ NO ☑ YES
    a. If No: Do you have prior express consent to call the people you call with Our services? ☐ NO ☑ YES
        i. If Yes, how do you obtain this consent to call?
(2) Are your calls to people with whom you have an "Established Business Relationship" (i.e. consumers who have made an inquiry for your property, goods, or services in the prior 3 months, or with whom have engaged in a purchase or transaction with you within the prior 18 months)? ☐ NO ☑ YES
(3) Please indicate whether these telephone calls involve the delivery of pre-recorded messages: ☑ NO ☐ YES

If No:

(1) Describe your calls below (e.g., are they calls from political organizations, charities/nonprofits, market research companies, or companies with which the called party has an existing business relationship):

Sending offers to customer for home improvement

Customer affirms and certifies that all information and answers to questions herein are complete, true and correct to the best of signatory's knowledge and belief. The signatory below represents and warrants that he/she has full capacity and authority to sign on behalf of customer.

| Customer Name | Sajjad Haider |
|---|---|
| Signature | |
| Printed Name | Sajjad Haider |
| Title | MD |
| Date | 09/12/2024 |



## Service Order Form

**Company and Contact Info:**

Company Name: Clear Solution Ai

Contact Phone: 5096452121

Contact Email: Sajjad@clearsolution.ai

Sales Rep: Bill

Contact Name: Sajjad Haider

Address: 1221 College Park Dr Suite 116

City, State, Zip: Dover, DE 1994

## Pricing Information

| | |
|---|---|
| Voice Message Delivery (Successful) | Credits 1 |
| Forward: | Credits 2 |
| Opt-A-Track Creation: | Credits 25 |
| Opt-A-Track Option type, Transfer: | Credits 10 |
| Opt-A-Track Option type, DNC: | Credits 10 |
| RepCheck: | Credits 20 |

## Terms of Service Acceptance and Acknowledgement

PLEASE READ THE JDI TERMS OF SERVICE CAREFULLY. THE TERMS CONTAIN VERY IMPORTANT INFORMATION REGARDING YOUR RIGHTS AND OBLIGATIONS, AS WELL AS CONDITIONS, LIMITATIONS, AND EXCLUSIONS THAT MIGHT APPLY TO YOU.

THESE TERMS REQUIRE THE USE OF ARBITRATION ON AN INDIVIDUAL BASIS TO RESOLVE DISPUTES, RATHER THAN JURY TRIALS OR CLASS ACTIONS.

BY PLACING AN ORDER FOR PRODUCTS OR SERVICES FROM THE JDI SITES, YOU AFFIRM THAT YOU ARE OF LEGAL AGE TO ENTER INTO THIS AGREEMENT, AND YOU ACCEPT AND ARE BOUND BY THESE TERMS AND CONDITIONS. YOU AFFIRM THAT IF YOU PLACE AN ORDER ON BEHALF OF AN ORGANIZATION OR COMPANY, YOU HAVE THE LEGAL AUTHORITY TO BIND ANY SUCH ORGANIZATION OR COMPANY TO THESE TERMS AND CONDITIONS.

YOU MAY NOT ORDER OR OBTAIN PRODUCTS OR SERVICES FROM THIS WEBSITE IF YOU (A) DO NOT AGREE TO THESE TERMS, (B) ARE NOT THE OLDER OF (i) AT LEAST 18 YEARS OF AGE OR (ii) LEGAL AGE TO FORM A BINDING CONTRACT WITH JDI, OR (C) ARE PROHIBITED FROM ACCESSING OR USING THIS WEBSITE OR ANY OF THIS WEBSITE'S CONTENTS, GOODS OR SERVICES BY APPLICABLE LAW. YOU ALSO ACKNOWLEDGE AND AGREE TO THE TERMS OF SERVICE AND PRIVACY POLICY FOR JUST DELIVER IT LLC, WHICH ARE INCORPORATED HEREIN BY REFERENCE.

The terms of service can be found here:

https://portal.justdeliverit.net/TOS.pdf
https://justdeliverit.net/acceptable-use-policy

*JDI, Sipphony — Confidential*

**Refund of Credits**

YOU UNDERSTAND THAT YOU MAY ONLY REQUEST A FULL REFUND OF ANY UNUSED CREDITS YOU HAVE PURCHASED WITHIN ONE (1) BUSINESS DAY OF PURCHASE. YOU ACKNOWLEDGE THAT IF YOU FAIL TO REQUEST A FULL REFUND WITHIN ONE (1) BUSINESS DAY OF PURCHASE, YOU FORFEIT YOUR RIGHT TO SEEK A FULL REFUND OF CREDITS, AND NO OTHER FULL REFUND WILL BE GIVEN UNLESS DEEEMED NECESSARY WITHIN JDI'S SOLE DISCRETION. YOU ACKNOWLEDGE THAT IN NO CASE WILL YOU RECEIVE A CREDIT REFUND MORE THAN 60 DAYS AFTER THE DATE OF CREDIT PURCHASE.

_____          09/12/2024
Authorized Signer                                _____
                                                 Date

*JDI, Sipphony — Confidential*



**Audio Compliance Agreement**

Please read the JDI audio compliance agreement carefully before signing. Violations of this policy can lead to reduced capacity, temporary suspension, or permanent banning from the platform. Note that we monitor all audio files uploaded into the system.

**Requirements:**

- **Identification:** All audio files must identify the caller and the company placing the call.
- **Prohibited Content:** No scams or fraud will be allowed on our platform.
- **Restricted Language:** Audio files must not contain any of the following terms or references:
  - IRS
  - Internal Revenue Service
  - Federal
  - COVID or Corona Virus
  - Student Loans
  - Impersonation of any government official

**All audio must have an OPT OUT option within the audio. For example: "for opt out please call back and press 9"**

**Restrictions:**

- We do not service any multi-level marketing schemes or work-from-home businesses.
- Any Student Loan services
- Any Car Warranty Services

_____                        09/12/2024
                                                      _____
**Authorized Signer**                                   **Date**

*JDI, Sipphony  – Confidential*

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| | |
|---|---|
| JORGE ROJAS | ) |
| _Plaintiff_ | ) |
| v. | )    Civil Action No.   1:25-cv-1056 |
| CLEAR CREDIT AI, LLC | ) |
| | ) |
| _Defendant_ | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                RingCentral, Inc. d/b/a RingCentral a/k/a RCLEC

_(Name of person to whom this subpoena is directed)_

☑ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: SEE ATTACHED SCHEDULE A

| Place: DIRECTLY TO THE UNDERSIGNED COUNSEL ELECTRONICALLY | Date and Time:<br><br>05/12/2025 5:00 pm |
|---|---|

☐ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:     05/05/2025

              _CLERK OF COURT_

                                      OR

                                                    /S/ ANDREW ROMAN PERRONG

             _Signature of Clerk or Deputy Clerk_                           _Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_    Jorge Rojas is Perrong Law LLC, Andrew Roman Perrong, 2657 Mount Carmel Ave.    , who issues or requests this subpoena, are:
Glenside, PA 19038, a@perronglaw.com, 215-225-5529

## Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**SCHEDULE A**

Please produce documents referencing identifying information for the DID:

754-732-1169

for March 2023 through present. Responsive documents should include the entity's name, physical addresses, e-mail addresses, and telephone numbers, and time frame each entity was assigned the number.

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:25-cv-1056

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❐ I served the subpoena by delivering a copy to the named person as follows: _____

_____   on *(date)* _____ ; or

❐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                         *Server's signature*

                                _____
                                         *Printed name and title*

                                _____
                                         *Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
    **(i)** is a party or a party's officer; or
    **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
  **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
  **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
  **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
    **(i)** fails to allow a reasonable time to comply;
    **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
    **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    **(iv)** subjects a person to undue burden.
  **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
    **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

  **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
  **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
  **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    **(i)** expressly make the claim; and
    **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

| User ID | Signup Date | Next Billing Date | First Name | Last Name | Contact Phone Number | Company | Address | City |
|---------|-------------|-------------------|------------|-----------|----------------------|---------|---------|------|
| 3.63E+08 | 7/9/2024 | | Sajjad | Haider | +1 (408) 495-2595 | Clear Credit AI, LLC | 1400 112th Ave SE | Bellevue |

| State | Zip Code | Country | Contact Email Address | Notification Email Address | Time Zone |
|---|---|---|---|---|---|
| Washington | 98004 | United States | sajjad@clearsolution.ai | sajjad@clearsolution.ai | (GMT-08:00) Pacific Time (America/Los_Angeles) |

Birthday

**RingCentral**

Numbers > Phone Number History

## Phone Number History

**Phone Number (in international format)**

17547321169

Search    Export

| User ID | Date Added | Date Removed |
|---------|-----------|--------------|
| 363260034 | 11/26/2024 9:45 AM | 03/12/2025 9:00 AM |

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Illinois

| | | |
|---|---|---|
| JORGE ROJAS | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:25-cv-1056 |
| CLEAR CREDIT AI, LLC | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: 　　　　　　　　　　　　　HOSTINGER US INC.

*(Name of person to whom this subpoena is directed)*

✔ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attached Shchedule A

| Place: DIRECTLY TO THE UNDERSIGNED COUNSEL ELECTRONICALLY | Date and Time:<br><br>05/12/2025 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

　　　　The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 　　05/02/2025

| *CLERK OF COURT* | | |
|---|---|---|
| | OR | |
| _____ | | /S/ ANDREW ROMAN PERRONG |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* 　Jorge Rojas
is Perrong Law LLC, Andrew Roman Perrong, 2657 Mount Carmel Ave. 　, who issues or requests this subpoena, are:
Glenside, PA 19038, a@perronglaw.com, 215-225-5529

## Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**Request No. 1:** Please provide all available customer billing and payment records and account information for the *domain account* identified by clearsolution.ai. For the avoidance of doubt, this request seeks *all* available customer and billing records for this subscriber, even for domain names other than those listed. This request also seeks, but is not limited to, a copy of any sign-up forms, contracts, or other information provided to you or signed by the customer.

**Request No. 2:** Please provide all available WHOIS data, including historical WHOIS data, records of changes, and the dates those changes were made, for the domain clearsolution.ai.

**Request No. 3:** Documents sufficient to establish the subscriber(s) of record, including Sajeel Manzoor, to the domain name clearsolution.ai.

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:25-cv-1056

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❏ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❏ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____                          _____

*Server's signature*

_____

*Printed name and title*

_____

*Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
   **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
   **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
   **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
   **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
   **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
   **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
   **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
   **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

   **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
   **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
   **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
   **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
   **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
   **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
   **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
   **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).



**Andrew Perrong <a@perronglaw.com>**

---

## Regarding received subpoena

---

**Hostinger** <compliance@hostinger.com>                                    Thu, May 8, 2025 at 8:29 AM
To: a@perronglaw.com

Hello,

Please find an Abuse Report (including registration questionnaire data) attached to this email.

Taking into account that: (i) the Abuse Report contains sensitive and privileged information about our Client and (ii) following the rules set by the privacy laws (such as GDPR), an attorney-at-law has a right to collect the data necessary for the investigation on the basis of legitimate interest, we kindly note that the data is provided to you only for the purposes of investigation of this case and only subject to your further processing of data in compliance with privacy laws requirements. Any other usage of the data is strictly forbidden.

We hope that information provided will be helpful in the further investigation.

Kind regards,

Hostinger
Compliance Team
https://www.hostinger.com
--
This
 message and its attachments may contain privileged and confidential
information. If you are not the intended recipient, do not use, copy, or

disclose this information. Please notify the sender and permanently delete
the message from your system.

---

 **clearsolution.ai.pdf**
123K



2025-05-08, Larnaca, Cyprus

### ANSWER TO THE REPORT RECEIVED

We would like to report that our company, Hostinger International Ltd, is an administrator of free and paid web hosting provider www.hostinger.com on which the owner of domain clearsolution.ai is using paid domain services.

Below we provide you all information that we have collected about website owner(s) (All times are GMT time zone):

**Name:** Hammad Khan
**Email:** sajjad@clearsolution.ai
**Country:** PK
**Signup Date:** 2024-02-22 09:13:55

The domain was registered at 2024-09-09 07:37:22.

Below you can find information about clearsolution.ai domain owner WHOIS details:

**Name:** Basit Malik
**Email:** basit@eleviate.com
**Company:** Eleviate
**Address:** 5830 E 2nd St. 6100
**City:** Casper
**State:** WY
**Zip Code:** 82609
**Country:** US
**Phone Number:**+1 2052687876

The domain has been active since 2024-09-09 07:37:38.

Below we provide IP logs to control panel:

| | | | | |
|---|---|---|---|---|
| 2025-05-02 15:49:56 | US | desktop | 67.183.211.64 | 61397 |
| 2025-05-02 14:52:58 | US | mobile | 2600:100f:b083:8a47:d32:48d9:43ab:409c | 56995 |
| 2025-05-02 14:44:18 | US | mobile | 2600:100f:b083:8a47:d32:48d9:43ab:409c | 64451 |
| 2025-05-02 14:39:52 | US | mobile | 2600:100f:b083:8a47:d32:48d9:43ab:409c | 64366 |
| 2025-05-02 14:21:15 | US | mobile | 2601:600:a482:13f0:8146:231d:2dca:45ec | 54447 |
| 2025-04-29 18:40:36 | US | desktop | 67.183.211.64 | 65035 |
| 2025-03-17 19:32:02 | US | desktop | 35.91.166.54 | 56132 |
| 2025-03-13 19:21:31 | US | desktop | 52.25.212.102 | 63267 |
| 2024-11-27 08:01:02 | US | desktop | 2603:3023:11f:fb00:54:aec3:8267:5443 | 50460 |
| 2024-11-26 06:44:39 | US | mobile | 67.183.211.64 | 65432 |
| 2024-11-24 16:18:44 | US | desktop | 96.66.224.202 | 22472 |

| 2024-11-18 19:20:08 | US | mobile | 73.162.96.107 | 60471 |
| 2024-11-18 19:18:20 | US | desktop | 73.162.96.107 | 64312 |
| 2024-11-11 10:01:03 | US | desktop | 174.204.70.129 | 11821 |
| 2024-10-25 07:47:15 | US | desktop | 67.183.211.64 | 52167 |
| 2024-09-16 22:59:50 | US | desktop | 13.57.188.29 | 50828 |
| 2024-09-09 16:47:27 | US | desktop | 67.183.211.64 | 58193 |
| 2024-09-09 07:32:32 | US | desktop | 3.17.166.237 | 55900 |
| 2024-03-13 05:48:04 | US | desktop | 67.183.211.64 | 59718 |
| 2024-02-28 09:57:05 | US | desktop | 67.183.211.64 | 63024 |
| 2024-02-22 18:59:25 | US | desktop | 67.183.211.64 | 49218 |
| 2024-02-22 10:23:37 | US | desktop | 67.183.211.64 | 51257 |
| 2024-02-22 10:18:59 | US | desktop | 67.183.211.64 | 51473 |
| 2024-02-22 10:05:18 | US | mobile | 2601:600:a481:1340:907e:df7b:f9d2:6099 | 57540 |
| 2024-02-22 09:21:16 | US | desktop | 67.183.211.64 | 56444 |
| 2024-02-22 09:14:41 | US | desktop | 67.183.211.64 | 58185 |

Below we provide payment information:

| Date | Transaction ID | Gateway | Amount | Currency | Payment URL |
|------|----------------|---------|--------|----------|-------------|
| 2024-11-24 16:59:10 | hb_21796940 | PayPal CC | 22.34 | USD | - |
| 2024-11-18 19:19:55 | hb_21496453 | checkoutcom | 22.34 | USD | - |
| 2024-09-09 07:37:29 | hb_17915504 | PayPal CC | 179.98 | USD | - |
| 2024-02-22 20:51:46 | - | - | 0 | USD | - |
| 2024-02-22 09:14:46 | hb_9920434 | PayPal CC | 172.37 | USD | - |

Should you need any further information, please do not hesitate and contact us directly at abuse@hostinger.com.

---

Hostinger International Ltd.
61 Lordou Vyronos
Larnaca, 6023
+357.24030130

Company code: 301365
VAT code: 10301365E
abuse@hostinger.com

                                        **Andrew Perrong <a@perronglaw.com>**

---

## Regarding received subpoena

---

**Hostinger** <compliance@hostinger.com>                    Tue, May 13, 2025 at 2:37 AM
To: Andrew Perrong <a@perronglaw.com>

Hello,

Thank you for your patience. Here is the historical WHOIS data:

Name: Sajeel Manzoor
Company: Clear Solutions
Address: 8732 140TH AVE SE
98059-3488 NEWCASTLE
WA, United States
Phone number: +1.2152727810
Email: sajeelmanzoor@hotmail.com

Kind regards,

Hostinger
Compliance Team
https://www.hostinger.com

-----Original message-----
From: Andrew Perrong <a@perronglaw.com>
Sent: 05/08/2025 12:28:44

> Hello,
>
> Could you please provide the historical Whois data as well?
>

[Quoted text hidden]