IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JORGE ROJAS, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CLEAR CREDIT AI, LLC, et al.<br><br>    Defendants. | Case No.: 25-CV-01056 |

**[PROPOSED ORDER DENYING
CLEAR LEAD SOLUTIONS CORP.'S AND SAJEEL MANZOOR'S
MOTION TO DISMISS**

    AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the Defendants' Clear Lead Solutions Corp. and Sajeel Mazoor's Motion to Dismiss is hereby DENIED.

*BY THE COURT:*

_____

    J.