**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Jorge Rojas
                              Plaintiff,

v.                                                Case No.: 1:25−cv−01056
                                                                      Honorable John J. Tharp Jr.

Clear Credit AI, LLC, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 2, 2025:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: Telephonic status hearing held 10/2/2025. The Court will consider any forthcoming motion to stay. As of right now, the fact discovery deadline of 10/29/2025 stands [Dkts. 11, 13]. If any stay is granted, the Court would only likely give the parties an additional 30−day extension to complete fact discovery once discovery resumes under the current case posture. The parties are to file an updated joint status report on 11/3/2025. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.