IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JORGE ROJAS, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CLEAR CREDIT AI, LLC<br>Et al.<br><br>    Defendants. | Case No.: 25-CV-01056 |

**[PROPOSED ORDER GRANTING]**

**MOTION FOR EXTENSION TO COMPLETE DISCOVERY**

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the Motion for Extension to Complete Discovery is GRANTED. The discovery, class certification and summary judgment deadlines are extended by 90 days from the date of this Order.

*BY THE COURT:*

_____