# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JORGE ROJAS, on behalf of himself and all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) ) CLEAR CREDIT AI, LLC, CLEAR LEAD ) SOLUTIONS CORP., SAJEEL MANZOOR and ) SAJJAD HAIDER, ) ) ) Defendants. ) | Case No. 1:25-cv-1056<br><br>Hon. John J. Tharp<br><br>Magistrate Judge Keri L. Hotaling |

**DEFENDANT CLEAR LEAD SOLUTIONS CORP.'S
ANSWERS TO PLAINTIFF'S INTERROGATORIES**

Defendant, Clear Lead Solutions Corp., by and through its attorneys, for its answers to Plaintiff, Jorge Rojas' first set of interrogatories answers as follows:

**PRELIMINARY STATEMENT**

1. Clear Lead was only named in this lawsuit on June 30, 2025, and it was not served until July 15, 2025. Clear Lead was required to answer or otherwise plead for the first time on September 5, 2025. Dkt. 25. Clear Lead has not been party to any conference pursuant to Fed. R. Civ. P. 26(f), which is the trigger under the Rules of Civil Procedure for the commencement of discovery. *See* Fed. R. Civ. P. 26(d)(1) ("A party may not seek discovery from any source before the parties have conferred as required by Rule 26(f) …."). Despite these facts and rules, Plaintiff served these Interrogatories on August 12, 2025. Clear Lead objects to the Interrogatories as premature.

2. Furthermore, because the Interrogatories are premature, Clear Leads has not had the

1

normal opportunity to fully research each of the Interrogatories and thus expressly reserves the right to supplement, clarify, revise or correct any or all of the responses and objections herein, and to assert additional objections or privileges, as appropriate, in one or more subsequent responses. Nonetheless, Clear Lead provides the following responses to the best of its capacity to do so at this time.

## ANSWERS TO INTERROGATORIES

**INTERROGATORY NO. 1:** Identify each person who provided the information to answer interrogatories in this case and specify the interrogatories about which each such person provided information.

**ANSWER:** Sajeel Manzoor provided information relevant to the preparation of answers to each of the interrogatories below.

**INTERROGATORY NO. 2:** Identify all employees or vendors involved in making outbound calls as part of the campaign that contacted the Plaintiff. This includes, but is not limited to, (a) third parties that you contract with who make telemarketing calls to generate leads (b) the dialing system platform or provider used to make calls (c) where the phone numbers to make the calls is obtained.

**ANSWER:** Clear Lead objects to the use of the word "involved" as it is ambiguous and unclear what it means to be "involved" in making a call or calls. Subject to that objection, no Clear Lead employee made any outbound marketing call. Clear Lead believes that JustDeliverIt is a company that made outbound calls for the marketing campaign to which Plaintiff appears to have responded. Clear Lead understands that JustDeliverIt used a list of numbers from a company called Powers Marketing.

**INTERROGATORY NO. 3:** Identify and describe the work of each employee or vendor identified in response to Interrogatory No. 2.

**ANSWER:** See response to Interrogatory No. 2.

**INTERROGATORY NO. 4:** Identify all third parties or sub-vendors used by your vendors to for you as part of your relationship with any vendor identified in response to Interrogatory No. 2.

**ANSWER:** Clear Lead objects to this interrogatory as vague and unclear as to what

2

is being asked. Upon clarification, Clear Lead will attempt to provide a response.

**INTERROGATORY NO. 5:** Identify each of the individuals that spoke with Plaintiff from your company or any of its vendors.

**ANSWER:** Clear Lead did not speak with Plaintiff and does not know who did. Clear Lead understands that Plaintiff spoke with someone named Jerome who was an employee of a company called Talkwave.

**INTERROGATORY NO. 6:** Identify your company's relationship with Clear Credit AI, LLC or any interactions regarding your business that you have had with that company.

**ANSWER:** Clear Lead has no relationship with Clear Credit AI, LLC.

**INTERROGATORY NO. 7:** Identify your company's relationship with Sajjad Haider.

**ANSWER:** Sajjad Haider was until March of 2025 an employee of Clear Lead. Clear Lead ceased all operations in February 2025 and no longer has any employees.

**INTERROGATORY NO. 8:** Identify your company's relationship with Sajeel Manzoor.

**ANSWER:** Sajeel Manzoor is and has been a consultant to Clear Lead.

**INTERROGATORY NO. 9:** If you contend that Plaintiff provided consent to receive solicitation telephone calls, state all facts in support of that contention and identify the date(s) on which and the means by which you contend consent was obtained.

**ANSWER:** Powers Marketing provided the Jornaya file previously provided to Plaintiff's counsel, which shows consent.

**INTERROGATORY NO. 10:** If you contend that a third party made the calls alleged in the complaint, identify that third party and state all facts in support of the same.

**ANSWER:** It appears that JustDeliverIt made the alleged call.

**INTERROGATORY NO. 11:** If you contend that a third party provided you with the Plaintiff's phone number, identify that third party and state all facts in support of the same.

**ANSWER:** Clear Lead understands that Powers Marketing provided phone numbers for the campaign described in the complaint, as supported by Powers Marketing also providing the Jornaya file that shows Plaintiff's consent.

3

**INTERROGATORY NO. 12:** Identify all communications you've had with any third party, other than your counsel, regarding this lawsuit.

**ANSWER:** Clear Lead has had no non-privileged communications with any third party about this lawsuit other than Sajjad Haider seeking confirmation from Powers Marketing of Plaintiff's consent to receive a call.

**INTERROGATORY NO. 13:** Identify by make, model, structure and location the system(s), platform(s), and/or equipment used by you, or any vendor, used to contact the Plaintiff.

**ANSWER:** Clear Lead was not involved in any call to Plaintiff and has no information responsive to this interrogatory.

**INTERROGATORY NO. 14:** State all facts in support of any affirmative defenses you have raised.

**ANSWER:** Clear Lead has not been required to answer or fashion any affirmative defenses in this case and so reserves the right to answer this interrogatory until such time, if any, when it is required to do so.

**INTERROGATORY NO. 15:** Identify any person (whether employed by you or not) whom you have disciplined, reprimanded, or taken similar action against for allowing or making allegedly unlawful or unauthorized outbound calls. In your answer, please identify all persons involved in any investigation, describe the reasons for your disciplinary action or reprimand, and describe the action taken against the person.

**ANSWER:** Clear Lead objects to this interrogatory as being based upon a false premise that Clear Lead was in any position to know or take action against any person who made or allowed the call at issue in this lawsuit. Answering further, Clear Lead notes that it has not been an operating business since February 2025.

Dated: September 11, 2025					Respectfully submitted,

									**CLEAR LEAD SOLUTIONS CORP.,**

									By:	/s/ Robert M. Andalman
										One of its Attorneys

4

5

Robert M. Andalman (Atty. No. 6209454)
Rachael Blackburn (Atty. No. 6277142)
Khoa D. Trinh (Atty. No. 6351044)
**ARONBERG GOLDGEHN DAVIS & GARMISA**
225 West Washington St., 28th Floor
Chicago, IL 60606
Tel.: (312) 755-3161
randalman@agdglaw.com
rblackburn@agdglaw.com
ktrinh@agdglaw.com

## **VERIFICATION**

Under penalty of perjury, and pursuant to 28 U.S.C. § 1746, I certify that the statements set forth in these answers are true and correct to the best of my knowledge.

Dated: September 11, 2025

_____
Sajeel Manzoor

09 / 11 / 2025

## CERTIFICATE OF SERVICE

I, Robert M. Andalman, an attorney, hereby certify that on September 11, 2025 the foregoing ***DEFENDANT CLEAR LEAD SOLUTIONS CORP.'s ANSWERS TO PLAINTIFF'S INTERROGATORIES*** were electronically served on counsel of record.

/s/ Robert M. Andalman