# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Jorge Rojas
                        Plaintiff,

v.                                                     Case No.: 1:25−cv−01056
                                                          Honorable John J. Tharp Jr.

Clear Credit AI, LLC, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 14, 2025:

       MINUTE entry before the Honorable Keri L. Holleb Hotaling: Plaintiff's motion for extension of time to complete discovery [Dkt. 51] (which is objected to seemingly solely because Plaintiff would not agree to a stay of discovery in its entirety during the pendency of Defendants' motion to dismiss, which the Court does not normally do as a matter of course) is granted. The fact discovery deadline is hereby extended to 1/16/2026.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.