# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Jorge Rojas

                          Plaintiff,

v.                                          Case No.: 1:25–cv–01056

                                                Honorable John J. Tharp Jr.

Clear Credit AI, LLC, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 15, 2025:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: Based on the Court's ruling at Dkt. 54 resetting the fact discovery deadline, Defendants' motion to stay discovery during the pendency of their motion to dismiss is DENIED. The parties' next joint status report remains due 11/3/2025.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.