# Know Your Customer Form
*Please complete this form in its entirety*

| **BUSINESS INFORMATION** ||
|---|---|
| **Customer's Legal Name** | Clear Lead Solutions Corp |
| **Please provide a list of all corporate, business, trade, and fictitious names (DBAs), aliases, and websites through which this entity has transacted business in the last three (3) years.** | none |
| **Entity Type** | ☑ **Corp.** ☐ Individual ☐ Partnership ☐ LLC ☐ Other: |
| **EIN/Federal Tax ID** | 99-3977453 |
| **Business Description** *(Including the type of campaign(s) you will use JDI and its affiliated voice service provider, Sipphony, LLC (collectively "Our") services for, including how you receive phone numbers of the people you call with Our services)* | Lead Gen Company |

| **Address** *(Headquarters or Main Location)* | **Address 1:** 1221 College Park Dr Suite || **Address 2:** NONE ||
|---|---|---|---|---|
| | **City:** Dover | **State:** DE || **Zip:** 19904 |
| **Billing Address** ☐ *Check if same as above* | **Address 1:** 1221 College Park Dr || **Address 2:** NONE ||
| | **City:** DOVER | **State:** de || **Zip:** 19904 |

| **Main Entity Email Address:** SAJJAD@CLEARSOLUTION.AI | **If Main Entity Email Address ends in @gmail, @hotmail, @outlook, etc, explain why a private professional/entity email address is not used:** NA |
|---|---|
| **Website URL:** Clearsolution.ai | |
| **Main Telephone No:** 5096452121 | **Fax Number:** NA |

| **Current State of Or Country of Incorporation/Organization:** *** *Please attach a pdf or screenshot of the state or country of incorporation page showing the entity's full legal name and active/good standing status, or for individuals, a copy of your driver's license* | **Year Incorporated:** 2024 | **Years In Business:** 1 |
|---|---|---|
| **The state(s) where the fictious names (DBAs) listed above are/were registered and year(s) they were registered:** Delaware | **Business License or Registration Number and Government Entity that Administered Such License or Registration:** 4031935 ||

| **Legal Compliance Contact** *(i.e. responsible for compliance with the state and federal telemarketing laws)* | **Name:** Sajjad Haider ||
|---|---|---|
| | **Phone:** 5096452121 | **Email:** Sajjad@clearsolution.ai |
| **Main Customer Contact** | **Name:** Same ||
| | **Phone:** same | **Email:** same |
| **Billing (AP Contact)** | **Name:** same ||
| | **Phone:** same | **Email:** same |

*JDI, Sipphony – Confidential*

**CUSTOMER QUESTIONNAIRE**

**Has this entity, or any person with a controlling interest in it, received a Civil Investigative Demand, or had voice or messaging service suspended or discontinued to it due to an alleged violation of law or that provider's terms of service, court order, injunction or temporary restraining order?**
☑ NO ☐ YES

**Please indicate whether you or calls that you dialed have been the subject of:**
 (1) any formal written request from a government agency, subpoena, civil investigative demand, or other complaint
 (2) or any lawsuit filed by the Federal Trade Commission, or any other law enforcement action by any other state or federal agency

☑ NO ☐ YES

**If YES: Please explain the circumstances surrounding the investigation or lawsuit and the manner in which it was resolved:**

    no lawsuit

**Are the calls you make with our services a "telephone solicitation," which are calls or messages that encourage the called party's purchase or rental of, or investment in, property, goods, or services?** ☑ NO ☐ YES

**If Yes:**
 (1) **Do you scrub your calling list(s) to exclude numbers on the National Do-Not-Call Registry?** ☐ NO ☑ YES
    a. **If No: Do you have prior express consent to call the people you call with Our services?** ☐ NO ☑ YES
       i. If Yes, how do you obtain this consent to call?
 (2) **Are your calls to people with whom you have an "Established Business Relationship" (i.e. consumers who have made an inquiry for your property, goods, or services in the prior 3 months, or with whom have engaged in a purchase or transaction with you within the prior 18 months)?** ☐ NO ☑ YES
 (3) **Please indicate whether these telephone calls involve the delivery of pre-recorded messages:** ☑ NO ☐ YES

**If No:**
 (1) **Describe your calls below (e.g., are they calls from political organizations, charities/nonprofits, market research companies, or companies with which the called party has an existing business relationship):**

    Sending offers to customer for home improvement

Customer affirms and certifies that all information and answers to questions herein are complete, true and correct to the best of signatory's knowledge and belief. The signatory below represents and warrants that he/she has full capacity and authority to sign on behalf of customer.

| Customer Name | Sajjad Haider |
|---|---|
| Signature | *[signature]* |
| Printed Name | Sajjad Haider |
| Title | MD |
| Date | 09/12/2024 |

*JDI, Sipphony – Confidential*



# Service Order Form

**Company and Contact Info:**

Company Name: _Clear Solution Ai_    Contact Name: _Sajjad Haider_
Contact Phone: _5096452121_    Address: _1221 College Park Dr Suite 116_
Contact Email: _Sajjad@clearsolution.ai_    City, State, Zip: _Dover, DE 1994_
Sales Rep: _Bill_

## Pricing Information

| | |
|---|---|
| Voice Message Delivery (Successful) | Credits 1 |
| Forward: | Credits 2 |
| Opt-A-Track Creation: | Credits 25 |
| Opt-A-Track Option type, Transfer: | Credits 10 |
| Opt-A-Track Option type, DNC: | Credits 10 |
| RepCheck: | Credits 20 |

## Terms of Service Acceptance and Acknowledgement

PLEASE READ THE JDI TERMS OF SERVICE CAREFULLY. THE TERMS CONTAIN VERY IMPORTANT INFORMATION REGARDING YOUR RIGHTS AND OBLIGATIONS, AS WELL AS CONDITIONS, LIMITATIONS, AND EXCLUSIONS THAT MIGHT APPLY TO YOU.

THESE TERMS REQUIRE THE USE OF ARBITRATION ON AN INDIVIDUAL BASIS TO RESOLVE DISPUTES, RATHER THAN JURY TRIALS OR CLASS ACTIONS.

BY PLACING AN ORDER FOR PRODUCTS OR SERVICES FROM THE JDI SITES, YOU AFFIRM THAT YOU ARE OF LEGAL AGE TO ENTER INTO THIS AGREEMENT, AND YOU ACCEPT AND ARE BOUND BY THESE TERMS AND CONDITIONS. YOU AFFIRM THAT IF YOU PLACE AN ORDER ON BEHALF OF AN ORGANIZATION OR COMPANY, YOU HAVE THE LEGAL AUTHORITY TO BIND ANY SUCH ORGANIZATION OR COMPANY TO THESE TERMS AND CONDITIONS.

YOU MAY NOT ORDER OR OBTAIN PRODUCTS OR SERVICES FROM THIS WEBSITE IF YOU (A) DO NOT AGREE TO THESE TERMS, (B) ARE NOT THE OLDER OF (i) AT LEAST 18 YEARS OF AGE OR (ii) LEGAL AGE TO FORM A BINDING CONTRACT WITH JDI, OR (C) ARE PROHIBITED FROM ACCESSING OR USING THIS WEBSITE OR ANY OF THIS WEBSITE'S CONTENTS, GOODS OR SERVICES BY APPLICABLE LAW. YOU ALSO ACKNOWLEDGE AND AGREE TO THE TERMS OF SERVICE AND PRIVACY POLICY FOR JUST DELIVER IT LLC, WHICH ARE INCORPORATED HEREIN BY REFERENCE.

The terms of service can be found here:
https://portal.justdeliverit.net/TOS.pdf
https://justdeliverit.net/acceptable-use-policy

*JDI, Sipphony – Confidential*

**Refund of Credits**

YOU UNDERSTAND THAT YOU MAY ONLY REQUEST A FULL REFUND OF ANY UNUSED CREDITS YOU HAVE PURCHASED WITHIN ONE (1) BUSINESS DAY OF PURCHASE. YOU ACKNOWLEDGE THAT IF YOU FAIL TO REQUEST A FULL REFUND WITHIN ONE (1) BUSINESS DAY OF PURCHASE, YOU FORFEIT YOUR RIGHT TO SEEK A FULL REFUND OF CREDITS, AND NO OTHER FULL REFUND WILL BE GIVEN UNLESS DEEEMED NECESSARY WITHIN JDI'S SOLE DISCRETION. YOU ACKNOWLEDGE THAT IN NO CASE WILL YOU RECEIVE A CREDIT REFUND MORE THAN 60 DAYS AFTER THE DATE OF CREDIT PURCHASE.

| _____ | 09/12/2024 _____ |
|---|---|
| Authorized Signer | Date |



**Audio Compliance Agreement**

Please read the JDI audio compliance agreement carefully before signing. Violations of this policy can lead to reduced capacity, temporary suspension, or permanent banning from the platform. Note that we monitor all audio files uploaded into the system.

**Requirements:**

- **Identification:** All audio files must identify the caller and the company placing the call.
- **Prohibited Content:** No scams or fraud will be allowed on our platform.
- **Restricted Language:** Audio files must not contain any of the following terms or references:
  - IRS
  - Internal Revenue Service
  - Federal
  - COVID or Corona Virus
  - Student Loans
  - Impersonation of any government official

**All audio must have an OPT OUT option within the audio. For example: "for opt out please call back and press 9"**

**Restrictions:**

- We do not service any multi-level marketing schemes or work-from-home businesses.
- Any Student Loan services
- Any Car Warranty Services

_____    09/12/2024
**Authorized Signer**                 _____
                                      **Date**

*JDI, Sipphony – Confidential*