| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | resultid | number | campaignid | status | error | timestamp | accountid | carrier | state | type | local_media_ip | remote_media_ip | tech_prefix | ani | duration | wfs | uuid |
| 411435 | 14759737624 | 424219XXXX | 227014840 | OK | | 1/14/2025 22:24 | 21410 | METROPCS | CA | WIRELESS | 216.158.70.155 | 185.255.11.170 | 757575 | 7194103027 | 56 | 1 | 894b24e5-5368-4c78-a75b-b5fff634c128 |