

Andrew Perrong <a@perronglaw.com>

## Just Deliver It

**Joe Bowser** <jbowser@rothjackson.com>  Wed, Sep 17, 2025 at 10:43 AM
To: Andrew Perrong <a@perronglaw.com>
Cc: Anthony Paronich <anthony@paronichlaw.com>, Kathleen Thomas <kthomas@rothjackson.com>

Gents - I've spoken with JDI and can confirm that we disagree with how Clear Lead Solutions Corp has characterized its relationship with JDI. The following facts are true and a JDI witness would swear to them in a Declaration:

1. I am [Title] with Just Deliver It ("JDI"), and I have reviewed Clear Lead Solution Corp.'s Responses to Plaintiff's Interrogatories ("Interrogatory Answers") in *Rojas v. Clear Credit AI, LLC et al.*, N.D. Ill. Case No. 1:25-cv-1056.
2. Clear Lead Solutions Corp. ("Clear Lead") became a JDI customer in September 2024, and used JDI's services until June 2025.
3. JDI's records show that Clear Lead's account was applied for and accessed solely through Mr. Sajjad Haider.
4. JDI has never had a customer by the name of Powers Marketing and had no knowledge of that entity's existence until reviewing Clear Lead's Interrogatory Answers.
5. JDI has never provided Clear Leads Solutions with any telephone numbers to call or any content to use in its calls or messages.
6. JDI offers a self-service UCaaS platform through which its customers can make and receive calls to numbers they must provide with call content they must provide. JDI has no role in determining who any given JDI customer calls or what the JDI customer says on any given call.

Please let me know if we should paper this up or there's anything else to discuss first.

Thanks,

Joe

Joseph Bowser | Member | (804) 441-8701 and (703) 485-3528 (direct) |
jbowser@rothjackson.com

Richmond: 1519 Summit Ave., Suite 102, Richmond VA 23230 | Tysons: 8200 Greensboro Dr., Suite 820, McLean VA 22102

**\* Roth Jackson will not receive or forward wiring instructions by email**



[Quoted text hidden]