

| User ID | Signup Date | Next Billing Date | First Name | Last Name | Contact Phone Number | Company | Address | City |
|---|---|---|---|---|---|---|---|---|
| 3.63E+08 | 7/9/2024 | | Sajjad | Haider | +1 (408) 495-2595 | Clear Credit AI, LLC | 1400 112th Ave SE | Bellevue |

| State | Zip Code | Country | Contact Email Address | Notification Email Address | Time Zone |
|---|---|---|---|---|---|
| Washington | 98004 | United States | sajjad@clearsolution.ai | sajjad@clearsolution.ai | (GMT-08:00) Pacific Time (America/Los_Angeles) |

Birthday