

**Andrew Perrong <a@perronglaw.com>**

## Regarding received subpoena

Hostinger <compliance@hostinger.com>  
To: Andrew Perrong <a@perronglaw.com>

Tue, May 13, 2025 at 2:37 AM

Hello,

Thank you for your patience. Here is the historical WHOIS data:

Name: Sajeel Manzoor  
Company: Clear Solutions  
Address: 8732 140TH AVE SE  
98059-3488 NEWCASTLE  
WA, United States  
Phone number: +1.2152727810  
Email: sajeelmanzoor@hotmail.com

Kind regards,

Hostinger  
Compliance Team  
https://www.hostinger.com

-----Original message-----  
From: Andrew Perrong <a@perronglaw.com>  
Sent: 05/08/2025 12:28:44

> Hello,  
>  
> Could you please provide the historical Whois data as well?  
>

[Quoted text hidden]



**Andrew Perrong <a@perronglaw.com>**

## Regarding received subpoena

**Hostinger** <compliance@hostinger.com>  
To: a@perronglaw.com

Thu, May 8, 2025 at 8:29 AM

Hello,

Please find an Abuse Report (including registration questionnaire data) attached to this email.

Taking into account that: (i) the Abuse Report contains sensitive and privileged information about our Client and (ii) following the rules set by the privacy laws (such as GDPR), an attorney-at-law has a right to collect the data necessary for the investigation on the basis of legitimate interest, we kindly note that the data is provided to you only for the purposes of investigation of this case and only subject to your further processing of data in compliance with privacy laws requirements. Any other usage of the data is strictly forbidden.

We hope that information provided will be helpful in the further investigation.

Kind regards,

Hostinger  
Compliance Team  
https://www.hostinger.com  
--  
This
 message and its attachments may contain privileged and confidential
information. If you are not the intended recipient, do not use, copy, or

disclose this information. Please notify the sender and permanently delete
the message from your system.

 **clearsolution.ai.pdf**
123K



2025-05-08, Larnaca, Cyprus

## ANSWER TO THE REPORT RECEIVED

We would like to report that our company, Hostinger International Ltd, is an administrator of free and paid web hosting provider www.hostinger.com on which the owner of domain clearsolution.ai is using paid domain services.

Below we provide you all information that we have collected about website owner(s) (All times are GMT time zone):

**Name:** Hammad Khan
**Email:** sajjad@clearsolution.ai
**Country:** PK
**Signup Date:** 2024-02-22 09:13:55

The domain was registered at 2024-09-09 07:37:22.

Below you can find information about clearsolution.ai domain owner WHOIS details:

**Name:** Basit Malik
**Email:** basit@eleviate.com
**Company:** Eleviate
**Address:** 5830 E 2nd St. 6100
**City:** Casper
**State:** WY
**Zip Code:** 82609
**Country:** US
**Phone Number:** +1 2052687876

The domain has been active since 2024-09-09 07:37:38.

Below we provide IP logs to control panel:

| Date/Time | Country | Device | IP | Port |
|---|---|---|---|---|
| 2025-05-02 15:49:56 | US | desktop | 67.183.211.64 | 61397 |
| 2025-05-02 14:52:58 | US | mobile | 2600:100f:b083:8a47:d32:48d9:43ab:409c | 56995 |
| 2025-05-02 14:44:18 | US | mobile | 2600:100f:b083:8a47:d32:48d9:43ab:409c | 64451 |
| 2025-05-02 14:39:52 | US | mobile | 2600:100f:b083:8a47:d32:48d9:43ab:409c | 64366 |
| 2025-05-02 14:21:15 | US | mobile | 2601:600:a482:13f0:8146:231d:2dca:45ec | 54447 |
| 2025-04-29 18:40:36 | US | desktop | 67.183.211.64 | 65035 |
| 2025-03-17 19:32:02 | US | desktop | 35.91.166.54 | 56132 |
| 2025-03-13 19:21:31 | US | desktop | 52.25.212.102 | 63267 |
| 2024-11-27 08:01:02 | US | desktop | 2603:3023:11f:fb00:54:aec3:8267:5443 | 50460 |
| 2024-11-26 06:44:39 | US | mobile | 67.183.211.64 | 65432 |
| 2024-11-24 16:18:44 | US | desktop | 96.66.224.202 | 22472 |

| Date | | | | |
|---|---|---|---|---|
| 2024-11-18 19:20:08 | US | mobile | 73.162.96.107 | 60471 |
| 2024-11-18 19:18:20 | US | desktop | 73.162.96.107 | 64312 |
| 2024-11-11 10:01:03 | US | desktop | 174.204.70.129 | 11821 |
| 2024-10-25 07:47:15 | US | desktop | 67.183.211.64 | 52167 |
| 2024-09-16 22:59:50 | US | desktop | 13.57.188.29 | 50828 |
| 2024-09-09 16:47:27 | US | desktop | 67.183.211.64 | 58193 |
| 2024-09-09 07:32:32 | US | desktop | 3.17.166.237 | 55900 |
| 2024-03-13 05:48:04 | US | desktop | 67.183.211.64 | 59718 |
| 2024-02-28 09:57:05 | US | desktop | 67.183.211.64 | 63024 |
| 2024-02-22 18:59:25 | US | desktop | 67.183.211.64 | 49218 |
| 2024-02-22 10:23:37 | US | desktop | 67.183.211.64 | 51257 |
| 2024-02-22 10:18:59 | US | desktop | 67.183.211.64 | 51473 |
| 2024-02-22 10:05:18 | US | mobile | 2601:600:a481:1340:907e:df7b:f9d2:6099 | 57540 |
| 2024-02-22 09:21:16 | US | desktop | 67.183.211.64 | 56444 |
| 2024-02-22 09:14:41 | US | desktop | 67.183.211.64 | 58185 |

Below we provide payment information:

| Date | Transaction ID | Gateway | Amount | Currency | Payment URL |
|---|---|---|---|---|---|
| 2024-11-24 16:59:10 | hb_21796940 | PayPal CC | 22.34 | USD | - |
| 2024-11-18 19:19:55 | hb_21496453 | checkoutcom | 22.34 | USD | - |
| 2024-09-09 07:37:29 | hb_17915504 | PayPal CC | 179.98 | USD | - |
| 2024-02-22 20:51:46 | - | - | 0 | USD | - |
| 2024-02-22 09:14:46 | hb_9920434 | PayPal CC | 172.37 | USD | - |

Should you need any further information, please do not hesitate and contact us directly at abuse@hostinger.com.

---

Hostinger International Ltd.
61 Lordou Vyronos
Larnaca, 6023
+357.24030130

Company code: 301365
VAT code: 10301365E
abuse@hostinger.com