# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
## Eastern Division

Jorge Rojas

                      Plaintiff,

v.                                                        Case No.: 1:25−cv−01056

                                                               Honorable John J. Tharp Jr.

Clear Credit AI, LLC, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 2, 2025:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: The parties failed to file their 11/3/2025 joint status report as ordered [Dkt. 55]. The parties are to file that joint status report by 12/5/2025 with an explanation for its tardiness. The FIRM fact discovery deadline of 1/16/2026 remains set. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.