**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Jorge Rojas
                          Plaintiff,

v.                                                      Case No.: 1:25−cv−01056
                                                     Honorable John J. Tharp Jr.

Clear Credit AI, LLC, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 8, 2025:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: Due to a conflict with plaintiff's counsel's schedule and without objection from defendant, the 12/18/25 in person status hearing is stricken and reset for an in−person status hearing on 12/17/25 at 11:00 a.m. in courtroom 1700, 219 South Dearborn Street, Chicago, IL 60604. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.