**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JORGE ROJAS, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 1:25-cv-1056 |
| v. ) ) ) | Hon. John J. Tharp |
| ) | Magistrate Judge Keri L. Hotaling |
| CLEAR CREDIT AI, LLC, CLEAR LEAD SOLUTIONS CORP., and SAJEEL MANZOOR ) ) ) ) ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED**
**CLASS ACTION COMPLAINT**

Clear Credit AI, LLC ("Clear Credit"), Clear Lead Solutions Corp. ("Clear Lead") and Sajeel Manzoor ("Manzoor"), by their undersigned counsel, and pursuant to Fed. R. Civ. P. 12(b)(6), move to dismiss the Second Amended Class Action Complaint in this matter as to each of them. Although this action involves a phone call that Plaintiff alleges was made in violation of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227; no Defendant is alleged to have made the call or caused it. As such, the Second Amended Class Action Complaint fails to state a claim against them. The bases for this motion are further set forth in the accompanying Memorandum of Support.

**WHEREFORE**, Defendants ask that the Second Amended Class Action Complaint be dismissed as to each of them and with prejudice.

Date: December 9, 2025           Respectfully submitted,

**CLEAR CREDIT AI, LLC, CLEAR LEAD**
**SOLUTIONS CORP. and SAJEEL MANZOOR,**

By:    <u>s/ Robert M. Andalman</u>
       One of their Attorneys

Robert M. Andalman (Atty. No. 6209454)
Rachael Blackburn (Atty. No. 6277142)
Khoa D. Trinh (Atty. No. 6351044)
ARONBERG GOLDGEHN DAVIS & GARMISA
225 West Washington St., 28th Floor
Chicago, IL 60606
Tel.: (312) 755-3161
randalman@agdglaw.com
rblackburn@agdglaw.com
ktrinh@agdglaw.com

## CERTIFICATE OF SERVICE

I, Robert M. Andalman, an attorney, hereby certify that the foregoing ***DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT*** was electronically filed on December 9, 2025, and will be served by ECF on counsel of record.

/s/ Robert M. Andalman