# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Jorge Rojas

                      Plaintiff,

v.                                               Case No.: 1:25−cv−01056

                                                     Honorable John J. Tharp Jr.

Clear Credit AI, LLC, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 10, 2025:

      MINUTE entry before the Honorable John J. Tharp, Jr:The defendant's motion to dismiss [64] is taken under advisement. The plaintiff's response is due by 12/30/2025; the defendant's reply is due by 1/13/2026. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.