UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Jorge Rojas
                                      Plaintiff,

v.                                                                             Case No.: 1:25−cv−01056
                                                                             Honorable John J. Tharp Jr.

Clear Credit AI, LLC, et al.
                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 17, 2025:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: In−person status hearing held 12/17/2025. Based on the representations made to the Court, the parties' joint oral motion to extend the fact discovery deadline is granted; the firm fact discovery deadline is hereby extended to 4/16/2026. NO FURTHER EXTENSIONS FOR ANY REASON. The parties are to submit a motion for protective order (with a word copy of both the tracked changes and clean versions to the Court's proposed order inbox − Proposed_Order_HollebHotaling@ilnd.uscourts.g ov) as soon as possible. A follow−up telephonic status is hereby set for 2/11/2026 at 10:00 a.m. CT. The call in information is 855−244−8681, and the participant access code is 2315 0911 461#. Please note that this date is different than the date given in open court. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.