IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JORGE ROJAS, on behalf of himself and all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>CLEAR CREDIT AI, LLC, et al.<br><br>　　Defendants. | Case No.: 25-CV-01056 |

**[PROPOSED ORDER DENYING
DEFENDANTS' MOTION TO DISMISS**

AND NOW, this _____ day of _____, 202____, it is hereby ORDERED that the Defendants' Clear Credit AI, LLC, Clear Lead Solutions Corp., and Sajeel Mazoor's Motion to Dismiss is hereby DENIED.

*BY THE COURT:*

_____
J.

1