IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JORGE ROJAS, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:25-cv-1056 |
| v. | ) ) | Hon. John J. Tharp |
| | ) ) | Magistrate Judge Keri L. Hotaling |
| CLEAR CREDIT AI, LLC, CLEAR LEAD SOLUTIONS CORP., and SAJEEL MANZOOR | ) ) ) | |
| Defendants. | ) | |

## AGREED MOTION FOR PROTECTIVE ORDER

Defendants Clear Lead Solutions Corp., Clear Credit AI, LLC, and Sajeel Manzoor (collectively, the "Defendants"), with the agreement of Plaintiff Jorge Rojas, by their respective attorneys, hereby move for entry of a protective order consistent with Fed. R Civ. P. 26(c) and L.R. 26.2. In support, they state as follows:

1. In the Court's December 17 Order, it stated that: "The parties are to submit a motion for protective order (with a word copy of both the tracked changes and clean versions to the Court's proposed order inbox – Proposed_Order@HollebHotaling@ilnd."

2. The parties have subsequently met and conferred and have agreed to a form of Protective Order based on L.R. 26.2. Attached as Exhibit A is a clean version of that agreed form of order and attached as Exhibit B is a version with tracked changes showing alternations in the agreed form of order from the L.R. 26.2 form.

3. There is good cause to enter this order in order to protect the private and proprietary information of the parties, as well as third parties, with regard to information provided during discovery in this matter.

**WHEREFORE**, by agreement, Defendants, with Plaintiff's agreement, respectfully request the Court to enter a protective order in the form of Exhibit A hereto (Word copies of which have been submitted to the Court as ordered).

Dated: January 12, 2026

Respectfully submitted,

**CLEAR CREDIT AI, LLC,
CLEAR LEAD SOLUTIONS CORP.,
and SAJEEL MANZOOR**

By: /s/ Robert M. Andalman
     One of their Attorneys

Robert M. Andalman (Atty. No. 6209454)
Rachael Blackburn (Atty. No. 6277142)
Khoa D. Trinh (Atty. No. 6351044)
**ARONBERG GOLDGEHN DAVIS & GARMISA**
225 West Washington St., Suite 2800
Chicago, IL 60606
Tel.: (312) 755-3161
randalman@agdglaw.com
rblackburn@agdglaw.com
ktrinh@agdglaw.com

2

## CERTIFICATE OF SERVICE

I, Robert M. Andalman, an attorney, hereby certify that on January 12, 2026, the foregoing *AGREED MOTION FOR PROTECTIVE ORDER* was electronically filed with the Clerk of the Court and served using the CM/ECF system upon all counsel of record.

/s/ Robert M. Andalman