IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JORGE ROJAS, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 25 CV 01056 |
| CLEAR CREDIT AI, LLC, CLEAR LEAD SOLUTIONS CORP., SAJEEL MANZOOR and SAJJAD HAIDER | ) ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF SETTLEMENT**

The plaintiff files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and intend to file appropriate dismissal paperwork within sixty days.

Respectfully submitted this 8th day of February, 2026.

/s/ Anthony I. Paronich
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
anthony@paronichlaw.com
*Counsel for Plaintiff*