## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Jorge Rojas
                            Plaintiff,

v.                                            Case No.: 1:25−cv−01056
                                                       Honorable John J. Tharp Jr.

Clear Credit AI, LLC, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 9, 2026:

      MINUTE entry before the Honorable John J. Tharp, Jr: Upon review of the plaintiff's notice of settlement [74], a status report is due 4/10/2026, if a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) has not been filed by then. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.