## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JORGE ROJAS, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 25 CV 01056 |
| CLEAR CREDIT AI, LLC, CLEAR LEAD SOLUTIONS CORP., SAJEEL MANZOOR and SAJJAD HAIDER | ) ) ) ) ) | |
| Defendants. | ) ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a).

Date: March 23, 2026

PLAINTIFF, by his attorneys,

By:     _s/ Anthony I. Paronich_
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
anthony@paronichlaw.com

DEFENDANTS, by their attorneys,

By:     /s/ Robert M. Andalman
Robert M. Andalman
ARONBERG GOLDGEHN DAVIS & GARMISA
225 West Washington St., Suite 2800
Chicago, IL 60606
Tel.: (312) 755-3161
randalman@agdglaw.com